SECURITY STATE BANK OF BERESFORD, Appellant, v. WEEKS, Respondent.

(193 N. W. 60.)

(File No. 5023.   Opinion filed April 3, 1923.)

Appeal from Circuit Court, Turner County; Hon. John T. Medin, Judge.

Action by the Security State Bank of Beresford against Henry Weeks. Judgment for defendant, and plaintiff appeals. Affirmed.

*Caldwell & Caldwell,* of Sioux Falls, for Appellant.

*Bogue & Bogue,* of Parker, and *A. B. Carlson,* of Canton, for Respondent.

POLLEY, J. The material issues in this case are in all respects similar to the issues in State Bank of Alcester v. Weeks, recently decided by this court and reported in 44 S. D. 639, 189 N. W. 941, and on petition for rehearing in 190 N. W. 806; and, upon the authority of that case, the judgment and order appealed from in this case are affirmed.

Note—Reported in 193 N. W. 60.   See Agency, 2 C. J. Sec. 665, Corporations, 14A, C. J. Sec. 2257.